```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08639
    TERRENCE B CONNER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1054


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/09/2008 and was not confirmed.

      The case was dismissed without confirmation 08/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK      CURRENT MORTG         .00          .00            .00
WASHINGTON MUTUAL BANK      MORTGAGE ARRE         .00          .00            .00
ILLINOIS DEPT OF REVENUE    PRIORITY        NOT FILED          .00            .00
AFNI INC                    UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC         UNSECURED         3245.01          .00            .00
APPLIED CARD BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED          .00            .00
CB USA                      UNSECURED       NOT FILED          .00            .00
CHASE RECIEVABLES           UNSECURED       NOT FILED          .00            .00
CMI                         UNSECURED       NOT FILED          .00            .00
ER SOLUTIONS                UNSECURED       NOT FILED          .00            .00
FIRST PREMIER BANK          UNSECURED       NOT FILED          .00            .00
FORD MOTOR CREDIT           UNSECURED        13045.36          .00            .00
GLOBAL PAYMENT CHECKS       UNSECURED       NOT FILED          .00            .00
GLOBAL PAYMENTS             UNSECURED       NOT FILED          .00            .00
HSBC NV                     UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE    UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    UNSECURED       NOT FILED          .00            .00
MARSHALL FIELDS             UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL               UNSECURED       NOT FILED          .00            .00
OSI COLLECTION SERVICES     UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED         2277.02          .00            .00
RNB-FIELDS3                 UNSECURED       NOT FILED          .00            .00
WEXLER & WEXLER             UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         2018.38          .00            .00
ARROW FINANCIAL SERV        UNSECURED          483.32          .00            .00
WASHINGTON MUTUAL BANK      NOTICE ONLY     NOT FILED          .00            .00
LVNV FUNDING                UNSECURED          898.70          .00            .00
LVNV FUNDING LLC            UNSECURED          508.39          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      3,145.50                     3,145.50
TOM VAUGHN                  TRUSTEE                                         273.53
DEBTOR REFUND               REFUND                                        1,524.97

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08639 TERRENCE B CONNER
```

```
                             RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                      4,944.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                        3,145.50
TRUSTEE COMPENSATION                                    273.53
DEBTOR REFUND                                         1,524.97
                          ---------------        ---------------
TOTALS                       4,944.00                 4,944.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/19/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE